THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GUEST, Appellant. [2 NYS3d 890]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Maxwell Wiley, J. and Renee A. White, respectively), rendered on or about May 23, 2012, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Sweeny, Acosta, DeGrasse and Gische, JJ.